IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CODY ELLIS                                                                                           PLAINTIFF

Vs                                    CASE NO. 2:07CV00108 BSM

DIAMOND SPORTS COMPANY, INC., et al                                      DEFENDANTS

## ORDER OF DISMISSAL

The court, having been notified that a settlement had been reached in this matter, finds that this case should be dismissed.

IT IS THEREFORE ORDERED, that the complaint in this action be, and it is, hereby dismissed with prejudice.

The court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.  If the parties desire that any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file it with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 27th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE